[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 00-2348

RAFAEL NATER,

Plaintiff, Appellant,

v.

RICHARD RILEY,
SECRETARY OF U. S. DEPT. OF EDUCATION,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Jaime Pieras, Jr., Senior U.S. District Judge]

Before

Boudin, Chief Judge,
Selya and Lynch, Circuit Judges.

Rafael Nater on brief pro se.
Guillermo Gil, United States Attorney, on brief for appellee.

July 23, 2001

**Per Curiam**.   After carefully considering the briefs and record on appeal, we affirm for the reasons stated by the district court in its order and opinion.

Affirmed.   Loc. R. 27(c).